## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

Carolyn M. Kloeckner
Plaintiff(s)

vs

Case Number: <u>1:08-cv-00762 RJL</u>

Honorable Elaine Chao, Secretary of Labor
Defendant(s)

### AFFIDAVIT OF SERVICE

I, Edwin L. Jarnagin, hereby certify that on July 1, 2008 at 2:45 PM, I executed service of process upon **RON WHITING, DEPUTY SOLICITOR, AUTHORIZED TO ACCEPT SERVICE OF HONORABLE ELAINE CHAO, SECRETARY OF LABOR** at US Department of Labor, 200 Constitution Ave NW, Washington, DC 20570, by delivering to and leaving with personally, copies of Summons In A Civil Case, Complaint.

Ron Whiting is described as a White Male, approximately 5' 8" tall, 160-170 pounds, Brown eyes, Grey hair, and 55-60 years of age. The undersigned further certifies that my place of business is: 808 L Street SE, Suite B, Washington, DC 20003-3629; that I am 62 years of age, Date of Birth 3/14/46; and that I am not a party to this action.

The cost of service is $75.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on July 2, 2008.

Date July 2, 2008.

Edwin L. Jarnagin

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on July 2, 2008.

My Commission Expires: *10-31-2011*

Ref.# 82703

# DISTRICT OF COLUMBIA

Carolyn M. Kloeckner
 Plaintiff(s)

                                    Case Number: 1:08-cv-00762 RJL

vs

 Honorable Elaine Chao, Secretary of Labor
 Defendant(s)

## AFFIDAVIT OF SERVICE

I, Edwin L. Jarnagin, hereby certify that on June 30, 2008 at 2:45 PM, I executed service of
process upon **DONNA MONROE, GCII, AUTHORIZED TO ACCEPT SERVICE OF THE
HONORABLE MICHAEL MUKASEY, UNITED STATES ATTORNEY GENERAL** at 950
Pennsylvania Ave NW, Washington, DC 20530, by delivering to and leaving with personally,
copies of Summons In A Civil Case, Complaint.

Donna Monroe is described as a Black Female, approximately 5' 8" tall, 180-190 pounds,
Brown eyes, Black hair, and 51 years of age. The undersigned further certifies that my place
of business is: 808 L Street SE, Suite B, Washington, DC 20003-3629; that I am 62 years of
age, Date of Birth 3/14/46; and that I am not a party to this action.

The cost of service is $75.00

I declare under the penalty of perjury under the laws of the United States of America
that the foregoing information is true and correct. Executed on July 2, 2008.

Date July 2, 2008.

_____
Edwin L. Jarnagin

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on July 2, 2008.

_____
My Commission Expires: 10-31-2011

Ref.# 82705

Carolyn M. Kloeckner
  Plaintiff(s)

Case Number: <u>1:08-cv-00762 RJL</u>

vs

 Honorable Elaine Chao, Secretary of Labor
  Defendant(s)

### AFFIDAVIT OF SERVICE

I, Edwin L. Jarnagin, hereby certify that on June 30, 2008 at 2:45 PM, I executed service of process upon **LAKESHA CARROLL, DCOKET CLERK, AUTHORIZED TO ACCEPT SERVICE OF JEFFREY A. TAYLOR ESQ., U S ATTORNEY** at 501 3rd Street NW Room 4500, Washington, DC 20001 by delivering to and leaving with personally, copies of Summons In A Civil Case, Complaint.

Lakesha Carroll is described as a Black Female, approximately 5' 8" tall, 180-190 pounds, Brown eyes, Black hair, and 32 years of age. The undersigned further certifies that my place of business is: 808 L Street SE, Suite B, Washington, DC 20003-3629; that I am 62 years of age, Date of Birth 3/14/46; and that I am not a party to this action.

The cost of service is $75.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on July 2, 2008.

Date July 2, 2008.

_____
Edwin L. Jarnagin

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on July 2, 2008.

_____

My Commission Expires: *10-31-2011*

Ref.# 82704