**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CAROLYN M. KLOECKNER ) <br> 432 South Gore Street ) <br> St. Louis, Missouri 63119 ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ELAINE L. CHAO ) <br> Secretary of Labor ) <br> Department of the Navy ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 08-0762(RJL) <br> Electronic Case Filing |

## **NOTICE OF APPEARANCE**

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney **Christian A. Natiello** as counsel for Defendant in the above-captioned case.

August 28, 2008.              Respectfully submitted,


\_\_/s/_____
CHRISTIAN A. NATIELLO, D.C. Bar #473960
Assistant United States Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 307-0338