# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| CAROLYN M. KLOECKNER | ) | |
| 432 South Gore Street | ) | |
| St. Louis, Missouri 63119, | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | Civil Action No. 08-0762(RJL) |
|  | ) | Electronic Case Filing |
| ELAINE L. CHAO, | ) | |
| Secretary of Labor, | ) | |
|  | ) | |
| Defendant. | ) | |

_____)

## CONSENT MOTION TO ENLARGE TIME TO FILE ANSWER
## OR OTHERWISE RESPOND TO THE COMPLAINT

Defendant, Elaine L. Chao, Secretary of Labor, respectfully requests an additional thirty (30) days to file an answer or otherwise respond to the complaint in this case, which involves allegations of employment discrimination. This Office was served with the complaint on June 30, 2008, resulting in the current deadline of August 29, 2008. With this motion, Defendant requests a new deadline of September 29, 2008.

The extension is requested to permit undersigned counsel sufficient time to review the files and consult with agency counsel. Both undersigned counsel and his client are determining how to best respond to the complaint in this case. Due to other commitments, counsel and his client have not been able to discuss the matter as thoroughly as they would like. The additional time is sought so that counsel and Defendant may conduct such discussions.

This is Defendant's first request to move this deadline, and Defendant contends that the extension will not prejudice Plaintiff.

Undersigned counsel spoke with opposing counsel about this motion and opposing counsel consented to the enlargement of time.

A proposed order is attached.

Dated: August 28, 2008.


Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


_____/s/_____
CHRISTIAN A. NATIELLO, D.C. BAR #473960
Assistant United States Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 307-0338

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROLYN M. KLOECKNER<br>432 South Gore Street<br>St. Louis, Missouri 63119,<br><br>      Plaintiff,<br><br>    v.<br><br>ELAINE L. CHAO,<br>Secretary of Labor,<br><br>      Defendant. | Civil Action No. 08-0762(RJL)<br>Electronic Case Filing |

### ORDER ON DEFENDANT'S CONSENT MOTION TO ENLARGE

UPON CONSIDERATION of Defendant's Consent Motion to Enlarge Time to File

Answer or Otherwise Respond to Complaint, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that Defendant shall file an answer or otherwise respond to the complaint on

or before September 29, 2008.

So ordered, this _____ day of _____ 2008.


_____
The Honorable Richard J. Leon
United States District Judge